Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 24−21879−JKS
    Chapter: 13
    Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Marie M Dupont
    aka Marie M Dupont−Krommie, aka Marie
    M Krommie
    326 West 3rd Avenue
    Roselle, NJ 07203

Social Security No.:
    xxx−xx−8469

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 31, 2025.

Dated: March 31, 2025
JAN: zlh

                                  Jeanne Naughton
                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 24-21879-JKS
Marie M Dupont                                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2             User: admin             Page 1 of 5
Date Rcvd: Mar 31, 2025         Form ID: plncf13         Total Noticed: 73

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marie M Dupont, 326 West 3rd Avenue, Roselle, NJ 07203-1124 |
| 520472723 | + | County Excellence FCU, 16 E Lincoln Ave, Roselle Park, NJ 07204-1743 |
| 520472771 | + | ZM Krommie Gifted Hands Rentals, LLC, 326 West 3rd Avenue, Roselle, NJ 07203-1124 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 31 2025 21:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 31 2025 21:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 31 2025 21:36:00 | AmeriSave Mortgage Corporation, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520472695 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 31 2025 21:43:06 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520472696 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 31 2025 21:53:49 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 520472697 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 31 2025 21:36:00 | Ally Financial, Inc, Attn: Bankruptcy, PO Box 380901, Bloomington, IL 55438-0901 |
| 520472698 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 31 2025 21:36:00 | Ally Financial, Inc, PO Box 380901, Bloomington, MN 55438-0901 |
| 520472700 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 31 2025 21:36:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 520472699 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 31 2025 21:36:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520472701 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 31 2025 21:37:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 520472702 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 31 2025 21:37:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 520472703 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 31 2025 21:43:04 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520472704 | ^ | MEBN | Mar 31 2025 21:33:03 | Capital One, PO Box 71746, Philadelphia, PA 19176-1746 |
| 520472705 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 31 2025 21:43:31 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Mar 31, 2025 | Form ID: plncf13 | Total Noticed: 73 |

| | | | | |
|---|---|---|---|---|
| 520472706 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 31 2025 21:53:55 | Cbna, Attn: Bankruptcy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520472707 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 31 2025 21:53:48 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520542805 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 31 2025 21:53:49 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520472709 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 31 2025 21:53:47 | Citibank/The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 520472708 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 31 2025 21:53:49 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 520472710 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 31 2025 21:37:00 | Comenity Bank/Metro Style, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520472711 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 31 2025 21:37:00 | Comenity Bank/Metro Style, PO Box 182789, Columbus, OH 43218-2789 |
| 520472712 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 31 2025 21:37:00 | Comenity Bank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520472713 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 31 2025 21:37:00 | Comenity Bank/New York, PO Box 182789, Columbus, OH 43218-2789 |
| 520472714 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 31 2025 21:37:00 | Comenity Bank/Roaman's, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520472715 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 31 2025 21:37:00 | Comenity Bank/Roaman's, PO Box 182789, Columbus, OH 43218-2789 |
| 520472716 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 31 2025 21:37:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520472717 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 31 2025 21:37:00 | Comenity Bank/Wayfair, PO Box 182789, Columbus, OH 43218-2789 |
| 520472718 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 31 2025 21:37:00 | Comenity Capital/Impcc, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520472719 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 31 2025 21:37:00 | Comenity Capital/Saks, PO Box 182120, Columbus, OH 43218-2120 |
| 520472720 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 31 2025 21:37:00 | Comenity/Onestop, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 520472721 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 31 2025 21:37:00 | Comenity/onestop, PO Box 182789, Columbus, OH 43218-2789 |
| 520472722 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 31 2025 21:37:00 | Comenitycapital/Impcc, PO Box 182120, Columbus, OH 43218-2120 |
| 520472725 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 31 2025 21:36:00 | Dovenmuehle Mortgage, Inc., 1 Corporate Dr, Lake Zurich, IL 60047 |
| 520472724 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 31 2025 21:36:00 | Dovenmuehle Mortgage, Inc., Attn: Bankruptcy, 1 Corporate Dr. St 360, Lake Zurich, IL 60047 |
| 520548041 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 31 2025 21:36:00 | AmeriSave Mortgage Corporation, Attn: Bankruptcy Dept, 1 Corporate Drive, Ste 360, Lake Zurich, IL 60047 |
| 520472731 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 31 2025 21:53:55 | Macy's/DSNB, Atytn: Bankruptcy, 701 E. 60th Street North, Sioux Falls, SD 57104 |
| 520472726 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 31 2025 21:37:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 520472727 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 31 2025 21:37:00 | Fingerhut, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 520472728 | + | Email/Text: bankruptcy@greenskycredit.com | Mar 31 2025 21:37:00 | GreenSky Financial, 5565 Glenridge Connector, |

Case 24-21879-JKS    Doc 24    Filed 04/02/25    Entered 04/03/25 00:15:54    Desc Imaged
                         Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 3 of 5 |
| --- | --- | --- |
| Date Rcvd: Mar 31, 2025 | Form ID: plncf13 | Total Noticed: 73 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | Atlanta, GA 30342-4756 |
| 520472729 | | Email/Text: collections@igs.com | Mar 31 2025 21:37:00 | IGS Energy, 6100 Emerald Parkway, Dublin, OH 43016 |
| 520534616 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 31 2025 21:37:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520472732 | | Email/Text: BankruptcyECFMail@mccalla.com | Mar 31 2025 21:37:00 | McCalla, Raymer, Leibert, Pierce, LLC, 485F US Highway 1 South, Ste. 300, Iselin, NJ 08830 |
| 520472735 | | Email/Text: EBN@Mohela.com | Mar 31 2025 21:36:00 | Mohela/Dept. of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520495011 | | Email/Text: EBN@Mohela.com | Mar 31 2025 21:36:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 520472730 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 31 2025 21:54:03 | Macy's/ DSNB, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 520472733 | + | Email/Text: bankruptcy@sccompanies.com | Mar 31 2025 21:37:00 | Midnight Velvet/Swiss Colony, Attn: Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 520472734 | + | Email/Text: bankruptcy@sccompanies.com | Mar 31 2025 21:37:00 | Midnight Velvet/Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520472750 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 31 2025 21:36:00 | Mr. Cooper/United Wholesale, Attn: Bankruptcy, PO Box 619098, Dallas, TX 75261-9098 |
| 520472751 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 31 2025 21:36:00 | Mr. Cooper/United Wholesale, 350 Highland, Houston, TX 77009-6623 |
| 520547564 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 31 2025 21:36:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 752619741 |
| 520472752 | | Email/Text: BKEBN-Notifications@ocwen.com | Mar 31 2025 21:36:00 | PHH Mortgage Corporation, Attn: Bankruptcy Dept., PO Box 24605, West Palm Beach, FL 33416-4605 |
| 520546354 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 31 2025 21:43:31 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520472753 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 31 2025 21:54:04 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520472754 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 31 2025 21:42:53 | Synchrony Bank/Amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 520472756 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 31 2025 21:43:06 | Synchrony Bank/JCPenney, PO Box 71729, Philadelphia, PA 19176-1729 |
| 520472755 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 31 2025 21:42:25 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520472757 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 31 2025 21:42:26 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520472758 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 31 2025 21:54:04 | Synchrony Bank/Lowes, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520472760 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 31 2025 21:43:24 | Synchrony Bank/PC Richards & Sons, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520472759 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 31 2025 21:53:57 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520472761 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 31 2025 21:43:01 | Synchrony Bank/QVC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520472762 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 31 2025 21:53:55 | Synchrony Bank/QVC, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520472763 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 31 2025 21:42:28 | Synchrony/Ashley Furniture Homestore, Attn: |

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Mar 31, 2025 | Form ID: plncf13 | Total Noticed: 73 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520472764 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 31 2025 21:43:24 | Synchrony/Ashley Furniture Homestore, PO Box 71757, Philadelphia, PA 19176-1757 |
| 520472766 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 31 2025 21:53:57 | Synchrony/PayPal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520472765 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 31 2025 21:43:11 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 520472767 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 31 2025 21:43:24 | Walmart Credit Services/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520472768 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 31 2025 21:53:47 | Walmart Credit Services/Capital One, PO Box 71746, Philadelphia, PA 19176-1746 |
| 520472769 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Mar 31 2025 21:54:01 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 520472770 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Mar 31 2025 21:54:04 | Wells Fargo Bank NA, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 70

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520472736 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/Dept. of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520472737 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/Dept. of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520472738 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/Dept. of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520472739 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/Dept. of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520472740 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/Dept. of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520472741 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/Dept. of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520472742 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/Dept. of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520472743 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/Dept. of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520472744 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/Dept. of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520472745 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/Dept. of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520472746 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/Dept. of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520472747 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/Dept. of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520472748 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/Dept. of Education, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520472749 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, Mohela/Dept. of Education, 633 Spirit Drive, Chesterfield, MO 63005 |

TOTAL: 0 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Mar 31, 2025 | Form ID: plncf13 | Total Noticed: 73 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2025         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2025 at the address(es) listed below:**

**Name**           **Email Address**

Brian C. Nicholas
　　on behalf of Creditor PHH Mortgage  a subsidiary of Onity Group brian+ecf@briannicholas.com, bkgroup@kmllawgroup.com

Herbert B. Raymond
　　on behalf of Debtor Marie M Dupont herbertraymond@gmail.com
raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Jenelle C Arnold
　　on behalf of Creditor NATIONSTAR MORTGAGE bkecfinbox@aldridgepite.com  jarnold@ecf.courtdrive.com

Marie-Ann Greenberg
　　magecf@magtrustee.com

Matthew K. Fissel
　　on behalf of Creditor AmeriSave Mortgage Corporation wbecf@brockandscott.com  matthew.fissel@brockandscott.com

U.S. Trustee
　　USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6